UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

    Plaintiff,                                      Case No. 17-cv-11812
                                                           Hon. Matthew F. Leitman

v.

PIERRE OCTAVIUS ASHFORD, *et. al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY'S MOTION TO AMEND TO ADD AN AFFIRMATIVE DEFENSE (ECF #31).

This action arises of an auto accident between Plaintiff Angela Fields and Defendant Pierre Octavius Ashford. In her Complaint, Fields asserts claims against a number of defendants, including Defendant UnitedHealthcare Insurance Company. (*See* ECF #1.) On July 10, 2017, UnitedHealthcare filed an Answer in which it pleaded several affirmative defenses. (*See* ECF #9.) On January 18, 2018, UnitedHealthcare filed a motion seeking to amend its answer to add an affirmative defense due to the applicability of the Employee Retirement Income Security Act to the UnitedHealthcare policy at issue in the litigation. (*See* ECF #31.) Plaintiff filed no response to the motion.

1

The Court has reviewed the motion and deems UnitedHealthcare's request to amend its answer appropriate. Accordingly, **IT IS HEREBY ORDERED THAT** UnitedHealthcare's motion to amend its answer to add an affirmative defense is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2018, by electronic means and/or ordinary mail.

s/Amanda Chubb for Holly Monda
Case Manager
(313) 234-2644