UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

      Plaintiff,                       Case No. 17-cv-11812
                                        Hon. Matthew F. Leitman

v.

PIERRE OCTAVIUS ASHFORD, *et al.*,

      Defendants.
_____/

## ORDER (1) GRANTING DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY'S UNOPPOSED MOTION TO DISMISS (ECF #60) AND 2) GRANTING UNITEDHEALTHCARE'S UNOPPOSED MOTION FOR LEAVE TO FILE MEDICAL INVOICES UNDER SEAL (ECF #61)

This action arises of an automobile accident between Plaintiff Angela Fields and Defendant Pierre Octavius Ashford. In Fields' Complaint, she alleges that Defendant Unitedhealthcare Insurance Company ("UIC") has "wholly neglected and unreasonably failed to pay for medical expenses and other benefits provided" to her after the automobile accident with Ashford. (*See* Compl. at ¶¶ 37-44, ECF #1 at Pg. ID 19-20.)

On June 29, 2018, UIC moved to dismiss Fields' sole claim against it "due to [Fields'] failure to exhaust her administrative remedies as required by ERISA, or

alternatively for the entry of judgment affirming the determination of benefits."[1] (*See* ECF #60 at Pg. ID 1392.) Fields filed a response to the motion in which she "state[d] that [she] concur[ed] [] with [UIC's] motion." (*Id.* at Pg. ID 1489.)

Accordingly, because Fields' "concurs" with UIC's motion, the Court hereby **GRANTS** the motion and **DISMISSES** Fields' claim against UIC (Count IV of her Complaint).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2018, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764

---

[1] UIC has also filed a motion for leave to file certain of Fields' medical invoices under seal. (*See* ECF #61.) Because the records contain Fields' confidential health information, the Court **GRANTS** UIC's motion.