UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

     Plaintiff,                               Case No. 17-cv-11812
                                                Hon. Matthew F. Leitman

v.

PIERRE OCTAVIUS ASHFORD, *et al.*,

     Defendants.

_____/

## ORDER (1) DENYING DEFENDANTS' MOTION TO EXCLUDE EXPERT WITNESSES (ECF #57) AND (2) AMENDING DATES IN CASE MANAGEMENT AND SCHEDULING ORDER (ECF #25)

On June 6, 2018, Defendants Pierre Octavius Ashford, Corr Transport, Inc., and Dakota Lines, Inc. filed a motion to exclude Plaintiff Angela Fields from calling certain of her treating physicians as expert witnesses at trial. (*See* ECF #57.) The Court held a hearing on Defendants' motion on August 8, 2018. For the reasons stated on the record at the hearing, the motion is **DENIED**. In addition, for the reasons stated on the record:

1. By not later than **<u>September 10, 2018</u>**, for each treating physician that Fields intends to call as an expert at trial, she shall provide Defendants the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(C);

2. By not later than **<u>October 10, 2018</u>**, for each opinion witness Defendants may call to rebut any of the witnesses disclosed by Fields in response to sub-

paragraph one above, Defendants shall provide Fields the disclosures required

by Federal Rule of Civil Procedure 26(a)(2); and

3. By not later than **January 19, 2019**, the parties shall complete the depositions

of any expert witnesses disclosed under sub-paragraphs one and two above.

The remainder of the dates set forth in the Court's October 13, 2017, Case

Management Requirements and Scheduling Order (ECF #25) are modified as

follows:

| | |
|---|---|
| Expert Discovery Cutoff | January 19, 2019 |
| Dispositive Motions and Challenges to Experts | February 19, 2019 |
| Rule 26(a)(3) Pretrial Disclosures | April 19, 2019 |
| Motions *in Limine* | May 17, 2019<br><br>Response briefs due 10 days after filing, but no later than May 28, 2019.  Reply briefs due 5 days after, but not later than June 3, 2019 |
| Final Pretrial Order | June 10, 2019 |
| Final Pretrial Conference | Monday, June 24, 2019 at 1:30 p.m. |
| Trial Date | Tuesday, July 9, 2019 at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2018, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764
