UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

    Plaintiff,
                                     Case No. 17-cv-11812
                                       Hon. Matthew F. Leitman
v.

PIERRE OCTAVIUS ASHFORD, *et al.*,

    Defendants.

_____/

### ORDER (1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #71) WITHOUT PREJUDICE AND (2) PERMITTING DEFENDANT TO FILE DAUBERT MOTION TO CHALLENGE PLAINTIFF'S EXPERT GARY J. McDONALD

On June 5, 2019, the Court held a hearing on Defendant Pierre Octavius Ashford's motion for summary judgment. (*See* Mot., ECF #71.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**. As further explained on the record, the Court will permit Ashford to file a motion challenging the admissibility of Plaintiff's expert, Gary J. McDonald, under the standards described in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Ashford shall file that motion no later than **June 26, 2019**. Plaintiff shall file a response to the motion by no later than **July 17, 2019**. Ashford may file a reply

1

by no later than **July 24, 2019**.  After the Court rules on the *Daubert* motion, it will allow Ashford to renew his motion for summary judgment at that time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 5, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 5, 2019, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764