UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

    Plaintiff,

v.

PIERRE OCTAVIUS ASHFORD, *et al.*,

    Defendants.

Case No. 17-cv-11812
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION TO AMEND WITNESS LIST AND SUBSTITUTE EXPERT WITNESS (ECF No. 116) AND (2) DEFENDANTS' MOTION TO TAKE DEPOSITION (ECF No. 118)

On April 20, 2022, the Court held a video hearing on two pending motions in this action: (1) Plaintiff Angela Fields' motion to amend her witness list and substitute a new vocational expert for Dr. Robert Ancell, her initially-retained vocational expert, who recently passed away (*see* Fields Mot., ECF No. 116), and (2) Defendants' Pierre Octavius Ashford's, Corr Transport, Inc.'s, and Dakota Lines, Inc.'s motion to take Fields' deposition (*see* Defs.' Mot., ECF No. 118). For the reasons explained on the record during the motion hearing, the motions are both **GRANTED** as follows:

- By no later than **May 2, 2022**, Fields shall retain a new vocational expert to replace Dr. Ancell and shall disclose the identity of her newly-retained vocational expert to all Defendants. By no later than **May 16,**

1

**2022**, Fields shall serve an expert report from her newly-retained vocational expert on all Defendants. The newly-retained vocational expert shall make himself or herself available for a deposition by no later than **May 30, 2022**.

- Fields shall appear for a deposition by no later than **May 23, 2022**. The deposition shall be limited to questions about Fields' medical treatment and damages incurred since the taking of her initial deposition in this matter.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: April 20, 2022    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126