UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

    Plaintiff,

Case No. 17-cv-11812
Hon. Matthew F. Leitman

v.

PIERRE OCTAVIUS ASHFORD, *et al.*,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On April 20, 2022, the Court issued an order that, among other things, (1) granted Plaintiff Angela Fields' motion to amend her witness list and name a new vocational expert and (2) directed that the expert be made available for a deposition by no later than May 30, 2022. (*See* Order, ECF No. 131.)

Fields has since retained Ronald Smolarski as her new vocational expert. On May 17, 2022, the Court held an on-the-record video status conference with counsel for all parties to discuss the scheduling of Mr. Smolarski's deposition. For the reasons explained on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- Mr. Smolarski shall be deposed by no later than June 3, 2022.

- Mr. Smolarski's deposition may take place by video.

1

- Mr. Smolarski shall provide Defendants with three dates that he is available for deposition before June 3, 2022. One date may be May 17, 2022, at 1:00 p.m. Mr. Smolarski shall also provide Defendants with two additional dates for his deposition. These two additional dates may be outside of the traditional 9:00 a.m. – 5:00 p.m. workday, but they shall not be on weekends. Finally, the two dates shall not be during the week of May 23, 2022.

- If Mr. Smolarski cannot make himself available for a deposition as set forth above, the Court will prohibit him from testifying at trial.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 17, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126