UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA J. FIELDS,

    Plaintiff,

v.

                              Case No. 17-cv-11812
                              Hon. Matthew F. Leitman

PIERRE OCTAVIUS ASHFORD, *et al.*,

    Defendants.

_____/

## ORDER (1) GRANTING PLAINTIFF'S COUNSEL'S ORAL MOTION TO ADJOURN TRIAL DATE AND (2) ADJOURNING TRIAL DATE

    This diversity action arises out of an automobile accident between Plaintiff Angela Fields and Defendant Pierre Octavius Ashford that occurred on I-96 in Milford, Michigan. Trial is scheduled to begin on June 22, 2022.

    On June 6, 2022, the Court held an on-the-record video status conference with counsel for all parties. During that conference, counsel for Fields asked the Court to adjourn the scheduled trial date because of health challenges he was facing. Counsel persisted in that request even after the Court informed him that the Court would likely not be able to reschedule the trial until sometime in March 2023 or later.

1

Accordingly, for the reasons explained during the status conference, the Court **GRANTS** Fields' counsel's oral motion to adjourn the scheduled June 22, 2022, trial date. That trial date is therefore **ADJOURNED**. The Court will set a new trial date for March 2023 or thereafter.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126