UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA FIELDS,

    Plaintiff,

v.

                        Case No. 17-cv-11812
                        Hon. Matthew F. Leitman

PIERRE OCTAVIUS ASHFORD, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S TRIAL DEPOSITIONS (ECF No. 161) AS MOOT

On June 2, 2023, Defendants Pierre Octavius Ashford, Corr Transport, Inc., and Dakota Lines, Inc. filed an Emergency Motion for Protective Order Regarding Plaintiff's Trial Depositions. (*See* Em. Mot., ECF No. 161, PageID.4535.) The Court held a hearing over video conferencing on Defendants' motion on June 6, 2023. During that hearing, counsel informed the Court that the parties had made progress on resolving the issues raised in Defendants' motion. The Court therefore directed the parties to notify the Court if they were able to resolve the issues raised in the motion on their own.

On June 8, 2023, counsel for Defendants informed the Court that the parties have resolved the issues raised in Defendants' motion and that they no longer need the Court to resolve the motion. Accordingly, Defendants' Emergency Motion for

1

Protective Order Regarding Plaintiff's Trial Depositions (ECF No. 161) is **TERMINATED AS MOOT.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126